# United States District Court
## Northern District of Illinois
### Eastern Division

Brandon Worix             **JUDGMENT IN A CIVIL CASE**

    v.                             Case Number: 11 C 8088

Medassets, Inc.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons set forth in the Court's Memorandum Opinion and Order, the Court grants defendant's motion for summary judgment and judgment is entered in favor of defendant.

                                     Thomas G. Bruton, Clerk of Court

Date: 7/15/2013                          _____
                                           /s/ Olga Rouse, Deputy Clerk